IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| WILLIE TOLBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:21-CV-237-KAC-HBG ) |
| TONY PARKER, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum and Order, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT